IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA  DIVISION

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| vs. | : | **7:01-CR-19(WDO)** |
| | : | |
| CHARLIE ROBERT BANKS, | : | |
| | : | |
| Defendant. | : | |
| | : | |

**O R D E R**

This defendant appeared before the Honorable William M. Catoe, United States Magistrate Judge, for the District of South Carolina on May 11, 2005, pursuant to an arrest warrant and petition for revocation of probation issued in this district.  Upon his initial appearance in this district on June 16, 2005, it was shown that the defendant had absconded and been a fugitive from this district since prior to August 22, 2002.  Upon his appearance in the District of South Carolina a secured bond in the amount of FIFTY THOUSAND and NO/100 DOLLARS ($50,000.00) was set for the probationer.  In view of the defendant's fugitive status that bond is hereby REVOKED.  This defendant will remain in the custody of the United States Marshal for this district until the hearing on the petition seeking revocation of his probation.

SO ORDERED, this 17th  day of June 2005.

/s/ Richard L. Hodge_____
RICHARD L. HODGE
UNITED STATES MAGISTRATE JUDGE